```
DERWYN EARL BUTLER            NAVY FEDERAL
136 BELLE CHASSE DR           PO BOX 3500
JACKSON, MS 39212             MERRIFIELD, VA 22119



THOMAS C. ROLLINS, JR.        NIESHA WASHINGTON
THE ROLLINS LAW FIRM, PLLC    1 LAKE COVE DR
P.O. BOX 13767                JACKSON, MS 39211
JACKSON, MS 39236



BOUNCE AI INC                 PAYTOMORROW
2850 CLOVER STREET            ATTN: BANKRUPTCY
PITTSFORD, NY 14534           PO BOX 4477
                              BEAVERTON, OR 97076



INTERNAL REVENUE SERVI        PLANET HOME
CENTRALIZED INSOLVENCY        321 RESEARCH PARKWAY
P.O. BOX 7346                 SUITE 303
PHILADELPHIA, PA 19101-7346   MERIDEN, CT 06450



INTERNAL REVENUE SERVI        US ATTORNEY GENERAL
C/O US ATTORNEY               US DEPT OF JUSTICE
501 EAST COURT ST             950 PENNSYLVANIA AVENW
STE 4.430                     WASHINGTON, DC 20530-0001
JACKSON, MS 39201

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193



MOHELA
ATTN: BANKRUPTCY
P.O.BOX 9635
WILKES BARR, PA 18773



MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808



MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205
```