IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

DERWYN EARL BUTLER                                             25 – 01934 – JAW

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      The Debtor filed a Chapter 13 Petition on August 8, 2025, and a 341(a) Meeting of Creditors was held on September 16, 2025.

2.      Upon information and belief, this plan has not been filed in good faith.

3.      That, the Internal Revenue Service filed a priority claim with an estimated liability for which Debtor failed to provide treatment in his Plan.  According to testimony at Debtor's 341(a) Meeting of Creditors, Debtor recently filed his 2022, 2023, and 2024 tax returns.  Should the Internal Revenue Service not amend its claim to reflect Debtor filed all required tax returns, Debtor should be required to object to the claim.

4.      That, the Debtor has failed to provide the address of the Domestic Support Obligation recipient to the Trustee.  The Debtor should be required to provide same to the Trustee or the Trustee should be authorized to provide the required Domestic Support Obligation notice to the proper State DHS Agency.

5.      That, confirmation should be denied and this case dismissed.

6.      The Trustee hereby objects to any amended plan filed hereafter.

7.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: September _____17_____, 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Derwyn Earl Butler
136 Belle Chasse Drive
Jackson, MS 39212

Internal Revenue Service
Post Office 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Post Office 7317
Philadelphia, PA  19101-7346

Internal Revenue Service
c/o U. S. Attorney
501 E Court St. #4.430
Jackson, MS 39201

US Attorney General
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530-0001

Dated:  September _____17_____, 2025

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.