IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Derwyn Earl Butler, Debtor                     Case No. 25-01934-JAW
                                                        CHAPTER 13

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Please take notice that the new mailing address for the below Niesha Washington is:

**Current Notice Address:**      1 Lake Cove Dr.
                                 Jackson, MS 39211

**New Notice Address:**          1 Lakewood Cove
                                 Jackson, MS 39213

Date:  September 19, 2025

                                 /s/ Thomas C. Rollins, Jr.
                                 Attorney for Debtor


### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                 /s/ Thomas C. Rollins, Jr.
                                 Attorney for Debtor


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533