United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01934-JAW
Derwyn Earl Butler     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Oct 29, 2025     Form ID: n031     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derwyn Earl Butler, 136 Belle Chasse Dr, Jackson, MS 39212-3163 |
| 5544032 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5544036 | + | Niesha Washington, 1 Lakewood Cove, Jackson, MS 39213-7949 |
| 5544037 | + | PayTomorrow, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2025 19:38:09 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKNC@rlselaw.com | Oct 29 2025 19:30:00 | Planet Home Lending, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5545365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2025 19:38:04 | Attn: Bridgecrest Acceptance Corporation Departmen, AIS Portfolio Services, LLC, Account: XXXXXXXX9601, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5544028 | | Email/Text: compliance@finbounce.com | Oct 29 2025 19:30:00 | Bounce Ai Inc, 2850 Clover Street, Pittsford, NY 14534 |
| 5544587 | + | Email/Text: Contact@finbounce.com | Oct 29 2025 19:30:00 | Bounce AI, Inc, 333 Metro park, STE S-205, Rochester NY 14623-2632 |
| 5544029 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2025 19:30:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5544030 | + | Email/Text: ebone.woods@usdoj.gov | Oct 29 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5544033 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 29 2025 19:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5544034 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 29 2025 19:30:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5571710 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5544031 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 19:30:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5549505 | + | Email/Text: BKNC@rlselaw.com | Oct 29 2025 19:30:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, For Planet Home Lending, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5544035 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: n031 | Total Noticed: 19 |

|  |  |  | Oct 29 2025 19:30:00 | Navy Federal, PO Box 3500, Merrifield, VA 22119-3500 |
|---|---|---|---|---|
| 5544038 | + | Email/Text: BKMAIL@planethomelending.com | Oct 29 2025 19:30:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5544039 | ^ | MEBN | Oct 29 2025 19:28:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Natalie Kareda Brown | on behalf of Creditor Planet Home Lending LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Derwyn Earl Butler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01934−JAW
**Chapter:** 13

**In re:**

Derwyn Earl Butler
136 Belle Chasse Dr
Jackson, MS 39212

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 29, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 29, 2025                                Danny L. Miller, Clerk of Court