0044-2M-EPIDCTXX-00281743-161479

IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DERWYN EARL BUTLER                            CHAPTER 13
        136 BELLE CHASSE DR                       Case No: 25-01934-JAW
        JACKSON, MS 39212

CERTIFICATE OF SERVICE

I, Harold J. Barkley,Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   03/30/2026

                                        /s/ Harold J. Barkley,Jr.

                                        Harold J. Barkley,Jr. - Msb #2008
                                        Chapter 13 Trustee
                                        Post Office Box 4476
                                        Jackson, MS 39296-4476
                                        Fax: 601-362-8826
                                        Telephone: 601-362-6161
                                        e-mail: hjb@hbarkley13.com