**Fill in this information to identify the case:**

Debtor 1 Derwyn Earl Butler

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
State

Case number 25-01934-JAW

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** **Planet Home Lending, LLC**

**Court claim no.** (if known): **4**

**Last 4 digits** of any number you use to identify the debtor's account: **8557**

**Date of payment change:**
Must be at least 21 days after date of this notice **10/01/2026**

**New total payment:**
Principal, interest, and escrow, if any **$ 1,460.88**
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment: $ 527.15** **New escrow payment: $ 581.68**

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _______% **New interest rate:** _______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

Debtor 1 Derwyn Earl Butler
First Name Middle Name Last Name

Case number (if known) 25-01934-JAW

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

- [x] No
- [ ] Yes.

**Current HELOC payment:** $ ______

**Reconciliation amount:** + $ ______ or
- $ ______

**Amount of next payment (including reconciliation amount)** $ ______

**Amount of the new payment thereafter (without reconciliation amount)** $ ______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- [x] No
- [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ______________________

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- [ ] I am the creditor.
- [x] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Natalie Brown Date 09/08/26
Signature

Print: Natalie Brown Title Attorney for Creditor
First Name Middle Name Last Name

Company Rubin Lublin, LLC

Address 3145 Avalon Ridge Place, Suite 100
Number Street
Peachtree Corners, GA 30071
City State ZIP Code

Contact phone (877) 813-0992 Email nbrown@rlselaw.com

Planet Home Lending
WE'LL GET YOU HOME
321 Research Parkway, Suite 303
Meriden, CT 06450
NMLS ID #[redacted]

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - POST-PETITION

**ADDRESS SERVICE REQUESTED**

[redacted]
DERWYN BUTLER
136 BELLE CHASSE DR
BYRAM MS 39212

Analysis Date: 08/13/2026
Loan Number: [redacted]
Borrower Name: DERWYN BUTLER

Customer Service: [redacted]
Monday through Friday, 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the mos[redacted]ked questions we receive about the annual escrow analysis and the details related to your account.

## 1. What is the amount of my new monthly payment starting October 01, 2026?

| Payment Items | Contractual Payment | New Post-Petition Payment | Difference |
|---|---|---|---|
| Principal and Interest | $879.20 | $879.20 | $0.00 |
| Escrow | $527.15 | $556.45 | $29.30 |
| Shortage/Surplus | $0.00 | $25.23 | $25.23 |
| **Total Monthly Payment** | **$1,406.35** | **$1,460.88** | **$54.53** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in October to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your October payment will automatically be adjusted to include the above escrow amount(s).
- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.*

* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

## 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY | $1,951.17 | $2,035.47 | $84.30 |
| FLOOD INSURA | $660.00 | $684.00 | $24.00 |
| HOMEOWNERS | $3,074.40 | $3,334.08 | $259.68 |
| RHS | $640.24 | $623.88 | -$16.36 |
| **Total Annual Escrow Payments** | **$6,325.81** | **$6,677.43** | **$351.62** |
| **Monthly Escrow Payments** | **$527.15** | **$556.45** | **$29.30** |

**B. Post-Petition Escrow Shortage** – To determine if there will be a shortage or surplus in your escrow account, we subtract the **Minimum Required Starting Balance** from the **Anticipated Post-Petition Escrow Account Balance.** The Minimum Required Starting Balance is from the beginning of the upcoming escrow period, as shown in the Table 1 – Contractual and Post-Petition Account Projections on the following page. The Anticipated Post-Petition Escrow Account Balance is from the end of your current escrow period, as shown in the Escrow Post-Petition History on the following page. Your ending balance from the last month of the account history (**Anticipated Post-Petition Escrow Account Balance)** is $2,099.21. Your starting balance (**Minimum Required Starting Balance)** according to this analysis should be $2,402.01. This means you have a *Shortage* of $302.80.

| Anticipated Post-Petition Escrow Account Balance | | Minimum Required Starting Balance | | Shortage |
|---|---|---|---|---|
| $2,099.21 | *minus* | $2,402.01 | *equals* | $302.80 |

**Please write your loan number on your check and mail this portion with your payment.**

## ESCROW SHORTAGE COUPON

**Loan Number:** [redacted]

**Name:** DERWYN BUTLER

**Shortage Amount:** **$302.80**

The total shortage has been divided over 12 months and $25.23 will automatically be added to your monthly payment beginning October 01, 2026.

If you have questions about this shortage amount, please contact our Customer Service Department a[redacted]

Planet Home Lending
WE'LL GET YOU HOME
321 Research Parkway, Suite 303
Meriden, CT 06450

Loan Number: [redacted]

**NEW PAYMENT EFFECTIVE DATE: October 01, 2026**

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 CONTRACTUAL AND POST-PETITION ACCOUNT PROJECTIONS shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

### TABLE 1 - CONTRACTUAL AND POST-PETITION ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Projected Escrow Balance Contractual | Projected Escrow Balance Post-Petition | Balance Required In Escrow | |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | **$2,500.39** | **$2,099.21** | **$2,402.01** | |
| October 26 | $556.45 | $277.84 | HOMEOWNERS | $2,779.00 | $2,377.82 | $2,680.62 | |
| November 26 | $556.45 | $277.84 | HOMEOWNERS | $3,057.61 | $2,656.43 | $2,959.23 | |
| December 26 | $556.45 | $277.84 | HOMEOWNERS | $3,336.22 | $2,935.04 | $3,237.84 | |
| January 27 | $556.45 | $2,035.47 | COUNTY | $1,857.20 | $1,456.02 | $1,758.82 | |
| January 27 | $0.00 | $277.84 | HOMEOWNERS | $1,579.36 | $1,178.18 | $1,480.98 | |
| February [redacted] | $556.45 | $277.84 | HOMEOWNERS | $1,857.97 | $1,456.79 | $1,759.59 | |
| March 27 [redacted] | $556.45 | $277.84 | HOMEOWNERS | $2,136.58 | $1,735.40 | $2,038.20 | |
| April 27 | $556.45 | $623.88 | RHS | $2,069.15 | $1,667.97 | $1,970.77 | |
| April 27 | $0.00 | $277.84 | HOMEOWNERS | $1,791.31 | $1,390.13 | $1,692.93 | |
| April 27 | $0.00 | $684.00 | FLOOD INSURA | $1,107.31 | $706.13 | **$1,008.93** | ** |
| May 27 | $556.45 | $277.84 | HOMEOWNERS | $1,385.92 | $984.74 | $1,287.54 | |
| June 27 | $556.45 | $277.84 | HOMEOWNERS | $1,664.53 | $1,263.35 | $1,566.15 | |
| July 27 | $556.45 | $277.84 | HOMEOWNERS | $1,943.14 | $1,541.96 | $1,844.76 | |
| August 27 | $556.45 | $277.84 | HOMEOWNERS | $2,221.75 | $1,820.57 | $2,123.37 | |
| September 27 | $556.45 | $277.84 | HOMEOWNERS | $2,500.36 | $2,099.18 | $2,401.98 | |

** Low Balance used to determine escrow overage or shortage.

ESCROW PRE-PROJECTION CONTRACTUAL HISTORY

| Month | Description | Deposits to Escrow | Payments From Escrow |
|---|---|---|---|

NO TRANSACTIONS OCCURRED

### TABLE 2 - CONTRACTUAL ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account Projected | Payments to Escrow Account Actual | | Payments from Escrow Account Projected | Payments from Escrow Account Actual | | Description | Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Beginning Balance** | **-$3,044.77** |
| September 25 | $527.15 | $0.00 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$3,044.77 |
| September 25 | $0.00 | $0.00 | | $0.00 | $256.20 | * | HAZARD INS | -$3,300.97 |
| October 25 | $527.15 | $0.00 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$3,300.97 |
| October 25 | $0.00 | $0.00 | | $0.00 | $252.69 | * | HAZARD INS | -$3,553.66 |
| November 25 | $527.15 | $0.00 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$3,553.66 |
| November 25 | $0.00 | $0.00 | | $0.00 | $256.20 | * | HAZARD INS | -$3,809.86 |
| December 25 | $527.15 | $1,572.48 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$2,237.38 |
| December 25 | $0.00 | $0.00 | | $0.00 | $252.69 | * | HAZARD INS | -$2,490.07 |
| January 26 | $527.15 | $0.00 | * | $1,951.17 | $2,035.47 | * | COUNTY | -$4,525.54 |
| January 26 | $0.00 | $0.00 | | $256.20 | $0.00 | * | HOMEOWNERS | -$4,525.54 |
| January 26 | $0.00 | $0.00 | | $0.00 | $256.20 | * | HAZARD INS | -$4,781.74 |
| February 26 | $527.15 | $524.16 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$4,257.58 |
| February 26 | $0.00 | $0.00 | | $0.00 | $256.20 | * | HAZARD INS | -$4,513.78 |
| March 26 | $527.15 | $524.16 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$3,989.62 |
| March 26 | $0.00 | $0.00 | | $0.00 | $235.84 | * | HAZARD INS | -$4,225.46 |
| March 26 | $0.00 | $0.00 | | $0.00 | $684.00 | * | FLOOD INS | -$4,909.46 |
| April 26 | $527.15 | $1,041.88 | * | $640.24 | $640.24 | | RHS | -$4,507.82 |
| April 26 | $0.00 | $0.00 | | $256.20 | $0.00 | * | HOMEOWNERS | -$4,507.82 |
| April 26 | $0.00 | $0.00 | | $660.00 | $0.00 | * | FLOOD INSURA | -$4,507.82 |
| April 26 | $0.00 | $0.00 | | $0.00 | $256.20 | * | HAZARD INS | -$4,764.02 |
| May 26 | $527.15 | $517.72 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$4,246.30 |
| May 26 | $0.00 | $0.00 | | $0.00 | $274.03 | * | HAZARD INS | -$4,520.33 |
| June 26 | $527.15 | $517.72 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$4,002.61 |
| June 26 | $0.00 | $0.00 | | $0.00 | $277.84 | * | HAZARD INS | -$4,280.45 |
| July 26 | $527.15 | $517.72 | * | $256.20 | $0.00 | * | HOMEOWNERS | -$3,762.73 |
| July 26 | $0.00 | $0.00 | | $0.00 | $274.03 | * | HAZARD INS | -$4,036.76 |
| August 26 | $527.15 | $6,843.52 | E | $256.20 | $277.84 | E | HOMEOWNERS | $2,528.92 |
| August 26 | $0.00 | $0.00 | | $0.00 | $277.84 | * | HAZARD INS | $2,251.08 |
| September 26 | $0.00 | $527.15 | E | $0.00 | $277.84 | E | HOMEOWNERS | $2,500.39 |
| **Totals** | **$6,325.80** | **$12,586.51** | | **$6,325.81** | **$7,041.35** | | | |

Loan Number [redacted]

**NEW PAYMENT EFFECTIVE DATE: October 01, 2026**

ESCROW POST-PETITION HISTORY

| Month | Est | Description | Deposits to Escrow | Payments From Escrow | Escrow Balance |
|---|---|---|---|---|---|
| September 25 | | HAZARD INS | $0.00 | $256.20 | $2,031.41 |
| October 25 | | HAZARD INS | $0.00 | $252.69 | $1,778.72 |
| November 25 | | HAZARD INS | $0.00 | $256.20 | $1,522.52 |
| December 25 | | HAZARD INS | $1,581.45 | $252.69 | $2,851.28 |
| January 26 | | COUNTY | $0.00 | $2,035.47 | $815.81 |
| January 26 | | HAZARD INS | $0.00 | $256.20 | $559.61 |
| February 26 | | HAZARD INS | $527.15 | $256.20 | $830.56 |
| March 26 | | HAZARD INS | $527.15 | $235.84 | $1,121.87 |
| March 26 | | FLOOD INS | $0.00 | $684.00 | $437.87 |
| April 26 | | RHS | $527.15 | $640.24 | $324.78 |
| April 26 | | HAZARD INS | $0.00 | $256.20 | $68.58 |
| May 26 | | HAZARD INS | $527.15 | $274.03 | $321.70 |
| June 26 | | HAZARD INS | $527.15 | $277.84 | $571.01 |
| July 26 | | HAZARD INS | $527.15 | $274.03 | $824.13 |
| August 26 | E | HOMEOWNERS | $1,581.45 | $277.84 | $2,127.74 |
| August 26 | | HAZARD INS | $0.00 | $277.84 | $1,849.90 |
| September 26 | E | HOMEOWNERS | $527.15 | $277.84 | $2,099.21 |

ESCROW PRE-PETITION HISTORY

| Month | Deposits to Escrow | Escrow Balance |
|---|---|---|
| April 26 | $524.16 | -$4,808.22 |
| August 26 | $524.16 | -$4,284.06 |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**

CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Derwyn Earl Butler
136 Belle Chasse Dr
Jackson, MS 39212

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr., Trustee
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on 09/08/26

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor